UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 14-24687-CIV-GRAHAM/SIMONTON

JONATHAN PADILLA
    Plaintiff,

vs.

BUSINESS LAW GROUP P.A.,
CARMEL AT THE CALIFORNIA CLUB
PROPERTY OWNERS ASSOCIATION INC
    DEFENDANTS.
_____/



FILED BY _____ D.C.
MAR 02 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ELECTION TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS

In accordance with the provisions of Title 28, U.S.C. §636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order ort judgment, with respect thereto:

| | Yes | No | |
|---|---|---|---|
| 1. Motion to Dismiss | | No | X |
| 2. Motion for Summary Judgment | | No | X |
| 3. All Pretrial Motions | | No | X |
| 4. Other | | No | X |

Dated: February 27, 2015

Respectfully submitted,

JONATHAN PADILLA
1293 N University Dr #108
Coral Springs, Fl 33017
305-766-9906

1