UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA (Miami)

Case No.: 1:14-cv-24687-DLG

JONATHAN PADILLA,
    PLAINTIFF,

V.

BUSINESS LAW GROUP P.A.,
CARMEL AT THE CALIFORNIA CLUB
PROPERTY OWNERS ASSOCIATION, INC.
    DEFENDANTS.
_____/

### DEFENDANT, BUSINESS LAW GROUP P.A. AND PLAINTIFF, JONATHAN PADILLA'S NOTICE OF SETTLEMENT

BUSINESS LAW GROUP P.A. the ("Defendant" or "BLG") and JONATHAN PADILLA ("Plaintiff") (collectively the "Parties"), respectfully submit this Notice of Settlement. The Parties have entered into a settlement agreement, the terms of which are confidential. Within twenty one (21) days of execution of the settlement agreement by the Parties, Jonathan Padilla will file a dismissal with prejudice of all claims against BUSINESS LAW GROUP P.A.

Dated May 27, 2015

_/s/ Jonathan Padilla_
Jonathan Padilla
1293 N University Dr. #108
Coral Springs, Florida 33071
Telephone: (305) 766-9906
E-mail: jpadilla01@hotmail.com

Dated May 27, 2015

_/s/ Scott C. Davis_
Scott C. Davis, Esq.
Florida Bar No. 0022799
Business Law Group, P.A.
301 W. Platt Street #375
Tampa, FL 33606
Telephone: (813) 379-3804
E-mail: sdavis@blawgroup.com